PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**           ) | |
| )| |
| vs.                                                           ) | **Docket Number: 2:04CR00410-003** |
| ) | |
| **IAN REYNOLDS**                                   ) | |
| ) | |

On February 23, 2005, the above-named was placed on supervised release for a period of 3 years which commenced on February 9, 2006.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI
United States Probation Officer**

Dated:      December 4, 2007
                  Sacramento, California


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                                **KYRIACOS M. SIMONIDIS
                                Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   Ian REYNOLDS**
      **Docket Number:   2:04CR00410-003**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Ian Reynolds be discharged from supervised release, and that the proceedings in the case be terminated.

 December 13, 2007
**Date**

**HONORABLE LAWRENCE K. KARLTON**
**Senior United States District Judge**

CJM:jz
Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office